IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ERIC LEWIS                                                                                              PLAINTIFF

v.                                              Civil No. 1:15-cv-1022

DETECTIVE RHONDA MOORE                                                               DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed November 30, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 15. Judge Bryant recommends that Defendant's Motions for Judgment on the Pleadings (ECF Nos. 12, 14) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, Defendant's Motions for Judgment on the Pleadings (ECF Nos. 12, 14) are **GRANTED,** and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 29th day of December, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge